ORIGINAL

FILED

10/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 23-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 23-0547

SHAWN MCCULLEY,

Petitioner,

v.

CAPTAIN HASH,
MISSOULA ASSESSMENT AND
SANCTION CENTER,

Respondent.

ORDER

FILED

OCT – 4 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appearing as a self-represented Petitioner, Shawn McCulley has filed a Petition for Writ of Habeas Corpus, challenging his award, or lack thereof, for jail time and elapsed time credit in his sentence upon revocation. Citing to Montana case law, McCulley posits that a violation of rights occurs when an offender only receives credit for time served on one concurrent sentence and not both. *State v. Kortan*, 2022 MT 204, 410 Mont. 336, 518 P.3d 1283. Upon review, we deem it appropriate to require a response to McCulley's Petition.

IT IS THEREFORE ORDERED that that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to Shawn McCulley personally.

DATED this 4 day of October, 2023.

_____
Justice